**United States Bankruptcy Court**
Northern District of Illinois, Eastern Division

IN RE:   Dudlita Prewitt                    ) Chapter 13
                                            ) Case No. 14 B 18637
         Debtor(s)                          ) Judge A. Benjamin Goldgar
                                            ) Date 06/12/2014

City Of Chicago Garnishment Office
333 S State St Ste 320
Chicago, IL  60604

## ORDER TO PAY FUNDS TO THE TRUSTEE

WHEREAS, the above named debtor has submitted a plan to pay his debts out of his future earnings, and by his plan submits all of his future earnings and income to the supervision and control of this Court for the purpose of carrying out the plan:

NOW THEREFORE, IT IS ORDERED, that until further order of this Court, City Of Chicago Garnishment Office, holder, controller of income for Dudlita Prewitt, deduct from any income going to the debtor, the sum of $653.00 each month following receipt of this order and to submit the sum so deducted to Marilyn O. Marshall at least once a month to the following address:

**Marilyn O Marshall**
**Chapter 13 Trustee**
**P O Box 2031**
**Memphis, TN  38101-2031**

IT IS FURTHER ORDERED that the above named shall stop, or change the amount of the deduction upon written notice from the Trustee.

IT IS FURTHER ORDERED that the above named shall notify the Trustee if the employment or services of the debtor is terminated and the reason for such termination.

_____
A. Benjamin Goldgar
US Bankruptcy Judge
6/17/14
Dated