UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Dudlita Prewitt<br><br>Debtor(s) | BK No.: 14-18637<br><br>Chapter: 13<br>Honorable A. Benjamin Goldgar |

**Order Suspending Payroll Control Deduction Payments.**

This matter coming before the Court on Debtor's motion, the Court having jurisdiction over the parties and subject matter, due notice having been given,

IT IS ORDERED:

(1) The Court's June 17, 2014 order to employer to deduct payments for the trustee is hereby suspended through the end of August 2014.
(2) Debtor's employer shall resume payroll deductions, starting with the first pay period beginning in September 2014.
(3) The required notice is shortened to actual notice.

Enter:

Dated: 29 JUL 2014

United States Bankruptcy Judge

**Prepared by:**
Charles H. Shepard, Jr., ARDC 6297615
Law Offices of Ernesto D. Borges
105 W. Madison, Suite 2300, Chicago, IL 60602
ph: 312-853-0200 | fax 312-873-4693
notice@billbusters.com

Rev: 20130103_bko